1    Cynthia L. Alexander, Esq.
    Nevada Bar No. 6718
2    Jennifer R. Hargis, Esq.
    Nevada Bar No. 11392
3    Michael L. Iosua, Esq.
    Nevada Bar No. 11820
4    SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
5    Suite 1100
    Las Vegas, NV 89169
6    Telephone (702) 784-5200
    Email: calexander@swlaw.com
7        jhargis@swlaw.com
        miosua@swlaw.com
8
   *Attorneys for Defendant Wells Fargo Bank, N.A.*
9

10             UNITED STATES DISTRICT COURT

11              DISTRICT OF NEVADA

12    CLAUDIA FLORES, an individual,

13           Plaintiff,

                     Case No. 2:11-cv-00552-GMN -LRL

14    vs.

                     **STIPULATION AND ORDER DISMISSING**
15    WELLS FARGO BANK, N.A., a          **ALL CLAIMS WITH PREJUDICE AND**
    Corporation and DOES I through X           **RELEASE OF LIS PENDENS**
16    inclusive,

17           Defendant.

18

19        IT IS HEREBY STIPULATED by and between Plaintiff Claudia Flores ("Plaintiff"),

20 through counsel, Michael J. Harker, Esq., and Defendant Wells Fargo Bank, N.A. ("Wells

21 Fargo"), through its counsel, the law firm of Snell & Wilmer L.L.P., that:

22        Plaintiff Flores and Wells Fargo hereby stipulate to dismiss Plaintiff's Complaint, in full,

23 with prejudice, with each party to bear its own costs and attorney's fees. All of Plaintiff's claims

24 against defendant will be dismissed with prejudice. The parties further stipulate that all pending

25 deadlines and hearings shall be vacated.

26        IT IS HEREBY FURTHER STIPULATED AND AGREED that the Notice of Lis

27 Pendens recorded on March 23, 2011, in Instrument #201103230001754 of the Official Records

28 of Clark County, Nevada, is hereby released.

13173455.1

1   DATED: June 2, 2011          DATED: June 2, 2011

2   BOGGESS & HARKER        SNELL & WILMER L.L.P.

3

4   By:  /s/ Michael J. Harker      By:
     Michael J. Harker, Esq.        Cynthia L. Alexander, Esq.

5     5550 Painted Mirage Road, Suite 255   Jennifer R. Hargis, Esq.
     Las Vegas, Nevada 89149       Michael L. Iosua, Esq.

6     *Attorney for Plaintiff*        3883 Howard Hughes Parkway, Suite 1100
                      Las Vegas, NV 89169

7                     *Attorneys for Defendant Wells Fargo Bank, N.A.*

8

9                     **ORDER**

10     IT IS HEREBY ORDERED THAT all of Plaintiff Claudia Flores' claims and causes of

11   action against the Defendant are dismissed with prejudice. Each party will bear its own costs and

12   fees in the matter.

13     IT IS HEREBY FURTHER ORDERED THAT all pending deadlines and hearings shall

14   be vacated.

15     IT IS HEREBY FURTHER ORDERED THAT the Notice of Lis Pendens recorded on

16   March 23, 2011, in Instrument #201103230001754 of the Official Records of Clark County,

17   Nevada, is hereby released.

18     **DATED** this 10th day of June, 2011.

19

20                    Gloria M. Navarro
                      United States District Judge

21

22   Respectfully submitted by:

23   SNELL & WILMER L.L.P.

24   By:
     Cynthia L. Alexander, Esq.

25     Jennifer R. Hargis, Esq.
     Michael L. Iosua, Esq

26     3883 Howard Hughes Parkway
     Suite 1100

27     Las Vegas, NV 89169
     *Attorneys for Defendant Wells Fargo Bank, N.A.*

28

     13173455.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200